UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Preston Thorpe

v.                                    Case No. 19-cv-1197-JD

NH State Prison for Men, Warden

ORDER

No objection having been filed, I herewith approve the Report and
Recommendation of Magistrate Judge Andrea K. Johnstone dated December
14, 2020 .  "'[O]nly those issues fairly raised by the objections to
the magistrate's report are subject to review in the district court
and those not preserved by such objection are precluded on appeal.'"
School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st
Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848
F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-
Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to
file a specific objection to magistrate's report will waive the right
to appeal).  Additionally, finding that the petitioner has failed to
make a substantial showing of the denial of a constitutional right,
the court declines to issue a certificate of appealability.  See 28
U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under
Section 2254; First Cir. LR 22.0.

                                    /s/ Joseph A. DiClerico, Jr.
                                    Joseph A. DiClerico, Jr
                                    United States District Judge

Date: January 4, 2021

     cc:  Charles J. Keefe, Esq.